**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1128**

WILLADRENNA RICH-COWAN,

Plaintiff - Appellant,

v.

CENTRAL CAROLINA COMMUNITY COLLEGE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:18-cv-00093-H)

Submitted:  June 13, 2019                          Decided:  June 17, 2019

Before WYNN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willadrenna Rich-Cowan, Appellant Pro Se.  Zebulon Dyer Anderson, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willadrenna Rich-Cowan appeals the district court's order granting Central Carolina Community College's motion to dismiss for insufficient service of process Rich-Cowan's discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2018); the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101 to 12213 (West 2013 & Supp. 2018); and the Age Discrimination in Employment Act of 1967, 29 U.S.C.A. §§ 621 to 634 (West 2008 & Supp. 2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rich-Cowen v. Cent. Carolina. Comm. Coll.*, No. 5:18-cv-00093-H (E.D.N.C. Jan. 8, 2019). We grant Rich-Cowan's application to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*